Receipt # 6999
Amount $4,160.29

# Gordon & Schaal, LLP
## Attorneys at Law

---

1039 Monroe Avenue
Rochester, New York 14620

Telephone (585) 244-1070
Facsimile (585) 244-1085

March 5, 2010

Clerk
United States Bankruptcy Court
1220 U.S. Courthouse
100 State Street
Rochester, New York 14614

    RE:    Gary Least
            Case No: 03-20447
            Chapter 7

Dear Sir/Madam:

    Enclosed please find a check in the amount of $4,160.29 made payable to the U.S. Bankruptcy Court regarding the Estate of Least for the following claims/administrative expenses:

| Claim Number | Creditor | Filed Amount | Paid Amount |
|---|---|---|---|
| # 53 | LeCesse, Michael | $2,100.00 | $1,040.07 |
| 67 | Patterson, Carl | 2,100.00 | 1,040.07 |
| 96 | Forest, Ralph | 2,100.00 | 1,040.08 |
| 110 | Patterson, Carl | 2,100.00 | 1,040.07 |

    Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Kenneth W. Gordon
Chapter 7 Trustee

KWG/bep
Enclosure



FILED
MAR -8 2010
BANKRUPTCY COURT
ROCHESTER, NY